Wright, Meyerhardt & Wright, for defendant.

---

### TAYLOR *vs.* SIMMONS

COMPLAINT, FROM WALKER.   Evidence.  Bonds.  Officers.  Revenue Collector.  (Before Judge Branham.)

Blandford, J.—The certificate of a collector of internal revenue of the United States that a paper is a correct copy of a bond of file in his office is not sufficient, without more, to authorize the admission of such copy in evidence in the courts of this State.

Judgment reversed.

I. E. Shumate ; R. M. Glenn, for plaintiff in error.

H. P. Lumpkin ; F. W. Copeland, for defendant.